UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO PILCHER, ) | NO. CV 16-0031-RGK (AS) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| J. CHRISTENSEN, et. al., ) | |
| Defendants. ) | |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

　　DATED: November 30, 2016

　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE